UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL SHAVERS #378021,

    Plaintiff,

v.

UNKNOWN BOWERMAN, et al.,

    Defendants.
_____/

Case No. 2:21-cv-165

HONORABLE PAUL L. MALONEY

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 30, 2024, recommending that this Court award compensatory and punitive damages to Plaintiff. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 85) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff is awarded compensatory damages in the amount of $15,000.00.

**IT IS FURTHER ORDERED** that Plaintiff is awarded punitive damages in the amount of $20,000.00.

**IT IS FURTHER ORDERED** that Plaintiff is awarded costs in the amount of $402.00.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*,

114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

      A Judgment will be entered consistent with this Order.

Dated:  February 12, 2025            /s/  Paul L. Maloney  
                                                          Paul L. Maloney  
                                                          United States District Judge