UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL SHAVERS #378021,

    Plaintiff,

v.

UNKNOWN BOWERMAN,

    Defendant.

_____/

Case No. 2:21-cv-165

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Plaintiff and against Defendant Bowerman in the amount of $35,402.00.

**This action is terminated**.

Dated: February 12, 2025

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge